IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MIRIAM BRIGGS-MUHAMMAD,

    Plaintiff,                      JUDGMENT IN A CIVIL CASE

v.                                       Case No. 13-cv-639-wmc

BELVERLY LEWIS,
CDA HOUSING AUTHORITY and
JOHN AND JANE DOES 1 THRU 5,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Miriam Briggs-Muhammad's request for leave to proceed and dismissing this case with prejudice as legally frivolous and for failure to state a claim.

| /s/ | 1/29/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |