# Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court

United States District Court for the _WESTERN_
District of _Wisconsin_
File Number _CASE NO # 13-CV-639wmc_

Plaintiff )
_Mriane E Briggs -_ )
_Muhammad_ )
v. ) Notice of Appeal
)
Defendant )
_Beverly Louis and_
_John and Jane Doe 1 thru 5_

Notice is hereby given that [_____ (here name all parties taking the appeal)_____, (plaintiffs) (defendants) in the above named case,¹] hereby appeal to the United States Court of Appeals for the _7th_ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the _28th_ day of _February_, 20_14_.

(s) _Mriane E Briggs Muhammad Pro Se_
Attorney for [_____]
[Address: _11 O'Brien Court_]

(As amended Apr. 22, 1993, eff. Dec. 1, 1993; Mar. 27, 2003, eff. Dec. 1, 2003.)

¹ See Rule 3(c) for permissible ways of identifying appellants. (attached)
  *See Circuit Rule 3(c)(1) for
   Docketing Statement (attached)

In the United States District Court
For the Western District of Wisconsin

Meriam Briggs-Muhammad,
Plaintiff,

v.

Judgment of in a Civil Case

Case No. 13-cv-639-wmc

Belenery Louis
Col. Rousenery Authority, and
John and Jane Does 1 thru 5

Meriam Briggs-Muhammad, plaintiff, in the above named case hereby gives that I (all name, all parties) take the Appeal to the United State Court of Appeal for the Seventh Circuit from Final Judgment, from an order entered in this action on the 29th day of January, 2014

It is ORDERED AND ADJUDGED, that judgment is entered denying plaintiff Meriam Briggs-Muhammad's request for leave to proceed and dismissing this case with prejudice as legally frivolous and for failure to state a claim.

Meriam E Briggs Muhammad
Feb, 28, 2014